UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------:
CONNECTICUT TELEPHONE AND              :   3:02CV1887 (DJS)
COMMUNICATIONS SYSTEMS, INC.     :
                                                                     :
        v.                                                       :
                                                                     :
SBC COMMUNICATIONS, INC.              :   JUNE 9, 2004
---------------------------------------------------------:

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), plaintiff Connecticut Telephone and Communications Systems, Inc. hereby gives notice that this action is hereby voluntarily dismissed, without prejudice.

                                                             _____
                                                             David P. Friedman (ct03558)

                                                             Zeldes, Needle & Cooper, P.C.
                                                             1000 Lafayette Boulevard
                                                             P.O. Box 1740
                                                             Bridgeport, CT  06604
                                                             Tele:  (203) 333-9441
                                                             Fax:   (203) 333-1489
                                                             Email:  dfriedman@znclaw.com

                                                             Attorney for Plaintiff
                                                             Connecticut Telephone & Communications
                                                             Systems, Inc.