## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via first class United States mail, postage prepaid, on this date to:

Mark R. Kravitz, Esq.
James H. Bicks, Esq.
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT  06508-1832

Randall K. Bergan, Esq.
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY  10022

Barry Slotnick, Esq.
J. Lawrence Crocker, Esq.
Mark F. Gaffney, Esq.
Gary L. Lerner, Esq.
Slotnick, Shapiro & Crocker, LLP
100 Park Avenue, 35th Floor
New York, NY  10017

Neil M. Gorsuch, Esq.
Kellogg, Haber, Hansen, Todd &
   Evans, PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C.  20036-3209

Karen M. Leser, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT  05415

Alan Neigher, Esq.
Byelas & Neigher
1804 Post Road East

William Sweeney, Jr., Esq.
Thomas P. Griffen, Esq.
Sweeney & Griffen
114 W. Main St.
P.O. Box 337
New Britain, CT  06050-0337

Bruce L. Elstein, Esq.
Elstein and Elstein, P.C.
1087 Broad Street
Bridgeport, CT  06604-4421

Marc A. Topaz, Esq.
Joseph H. Meltzer, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza
Suite 400
Bala Cynwyd, PA  19004

Michael M. Buchman, Esq.
Milberg Weiss Bershad Hynes &
   Lerach, LLP
One Pennsylvania Plaza
New York, NY  10119-0165

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz & Sagarin
147 N. Broad Street
Milford, CT  06460

Mark H. Edelson, Esq.
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA  18901

Westport, CT  06880

| | |
|---|---|
| Robert Berg, Esq.<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street<br>New York, NY  10016 | Joseph P. Garland, Esq.<br>Law Office of Joseph P. Garland<br>275 Madison Avenue, 11th Floor<br>New York, NY  10016 |
| Joseph J. Tabacco, Jr., Esq.<br>Jennifer S. Abrams, Esq.<br>Sharon T. Maier, Esq.<br>Berman, DeValerio, Pease, Tabacco,<br>Burt & Pucillo<br>425 California Street, Suite 2025<br>San Francisco, CA  94104 | R. Scott Palmer, Esq.<br>Manuel J. Dominquez, Esq.<br>Berman, DeValerio, Pease, Tabacco,<br> Burt & Pucillo<br>515 North Flagler Drive, #1701<br>West Palm Beach, FL  33401 |

Michael K. Kellogg, Esq.
Mark C. Hansen, Esq.
Michael Guzman, Esq.
Aaron M. Panner, Esq.
Kellogg, Huber, Hansen, Todd
 & Evans PLLC
1615 M. Street NW
Suite 400
Washington, DC  20036-3209

Dated at Bridgeport, Connecticut this 9th day of June 2004.

_____
David P. Friedman