**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CONNECTICUT TELEPHONE AND**
**COMMUNICATIONS SYSTEMS, INC.**  :
    **Plaintiff**

    **v.**                      : **CIVIL NO.: 3:02cv1887(DJS)**

**SBC COMMUNICATIONS, INC.**    :
    **Defendant**

**ORDER**

    The Notice of Dismissal (Doc. #9) is hereby **GRANTED.**  The Clerk is hereby

**ordered to close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __10th__ day of June, 2004.


                              _/s/DJS_____
                              Dominic J. Squatrito
                              United States District Judge